1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MELVIN JAMAN PEETE,                         No.  2:24-cv-3440 WBS SCR P

12                  Plaintiff,

13          v.                                     ORDER

14    PATRICK COVELO,

15                  Defendant.

16

17          Plaintiff filed a motion for extension of time to file an amended complaint.  Good cause

18    appearing, IT IS HEREBY ORDERED that:

19          1.  Plaintiff's motion for an extension of time (ECF No. 11) is granted; and

20          2.  Plaintiff is granted thirty (30) days from the date of service of this order in which to

21    file an amended complaint.

22    DATED: December 17, 2025

23

24                                                 _____
                                                   SEAN C. RIORDAN
25                                                 UNITED STATES MAGISTRATE JUDGE

26

27

28